# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Ivan CRUZ-RIVERA<br>and<br>Carlos JIMENEZ<br><br>*Defendant(s)* | )<br>)<br>)    Case No.   16-mj-4233-DHH<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of   Worcester   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Conspiracy to Violate the Controlled Substances Act ("CSA") |
| 21 USC § 841(a) | Possession with Intent to Distribute and Distribution of Heroin |

This criminal complaint is based on these facts:
Please see attached affidavit by TFO John E. Maki

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer John E. Maki
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   04/15/2016

*Judge's signature*

City and state:   Worcester, Massachusetts              United States Magistrate Court David H. Hennessy
*Printed name and title*